Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the
District of

Division

Case No. **23-02224**
**SECT.EMAG.5**
*(to be filled in by the Clerk's Office)*

*Claudette Perkins*
### Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*Ochsner*
### Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Fee *pauper*
___Process___
X Dktd
___CtRmDep___
___Doc.No.___

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name *Claudette Perkins*
Street Address *7809 Michigan ST*
City and County *NO*
State and Zip Code *LA 70128*
Telephone Number *504 289-0478*
E-mail Address *ccoudray46@hotmail.Com*

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
JUN 2 7 2023
TENDERED FOR FILING

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name _Oschner_

Job or Title *(if known)* ____

Street Address _1514 Jefferson Hwy_

City and County _Jefferson, LA_

State and Zip Code ____

Telephone Number _866 624-7637_

E-mail Address *(if known)* ____

Defendant No. 2

Name ____

Job or Title *(if known)* ____

Street Address ____

City and County ____

State and Zip Code ____

Telephone Number ____

E-mail Address *(if known)* ____

Defendant No. 3

Name ____

Job or Title *(if known)* ____

Street Address ____

City and County ____

State and Zip Code ____

Telephone Number ____

E-mail Address *(if known)* ____

Defendant No. 4

Name ____

Job or Title *(if known)* ____

Street Address ____

City and County ____

State and Zip Code ____

Telephone Number ____

E-mail Address *(if known)* ____

Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐    Failure to hire me.
- ☐    Termination of my employment.
- ☐    Failure to promote me.
- ☐    Failure to accommodate my disability.
- ☐    Unequal terms and conditions of my employment.
- ☒    Retaliation.
- ☒    Other acts *(specify)*: Constant harrassment by supervisors due to age

    *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) from beginning of employment in July to Jan 2022

C.    I believe that defendant(s) *(check one)*:

- ☐    is/are still committing these acts against me.
- ☒    is/are not still committing these acts against me. no longer working there.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐    race        _____
- ☐    color        _____
- ☐    gender/sex        _____
- ☐    religion        _____
- ☐    national origin        _____
- ☒    age *(year of birth)* 1948 *(only when asserting a claim of age discrimination.)*
- ☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed. brought to Aschner Hydels Carol Meyer to assist in her choice as LPN Job was created and approved for me - during my working there I suffered constant reference to how I get the job and how my age was a factor in not learning system

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I was constantly harrassed by two supervisors, each day I was asked to meet in Conference Room for more negative comments - as nurse in Clinic I was not given priviledges to assist Dr Meyer as needed to the limitations that were put on myself. I was given until Jan 2022 to find myself another job

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

I was given letter stating if I could not find myself another position I would be terminated

**IV.    Exhaustion of Federal Administrative Remedies**

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct resign on *(date)*

April 2022

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☑      issued a Notice of Right to Sue letter, which I received on *(date)*  4/24/2023

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑      60 days or more have elapsed.

☐      less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Monetary damages including loss wages from Jan 2022 #3500 remainder of sign on bonus - 10 months back pay equalling 35,000.00 and 126,720.00 for 36 more months of working before retiring total damages total 164,420.00 + Compensory damages 300,000.00

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6/27/2023

Signature of Plaintiff    *Claudette Perkins*

Printed Name of Plaintiff    *Claudette Perkins*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____